Toni L. Reinhardt nee Herbst, Respondent, *v.* Evelyn Schuster, Appellant.

Supreme Court, Appellate Term, First Department, July 6, 1948.

*Theodore Nevins* for appellant.

*Lawrence Braunstein* and *Werner Rosenberg* for respondent.

*Per Curiam.* Essentially the respondent's action is based on a promise of marriage; therefore, the action is not maintainable. (*Andie* v. *Kaplan,* 288 N. Y. 685, affg. 263 App. Div. 884.) Judgment and order should be reversed, with $30 costs, and complaint dismissed, with costs.

Hammer, Hofstadter and Eder, JJ., concur.

Judgment and order reversed, etc.